# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JENNIFER GREEN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:20-cv-00708-BJ |
| | § | |
| v. | § | |
| | § | |
| OX CAR CARE, INC. and VSC MEDIA GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT VSC MEDIA GROUP, LLC ONLY

TO THE CLERK:

Plaintiff Jennifer Green has asserted claims against Ox Car Care, Inc. and VSC Media Group, LLC. Plaintiff has resolved her claims **against Defendant VSC Media Group only, while the claims against Ox Car Care remain active**.

Pursuant to Rule 41(a)(1)(A)(i), counsel for Jennifer Green voluntarily dismisses VSC Media Group, LLC only and with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: July 6, 2021

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Voluntary Dismissal in the above-captioned matter, upon all parties of record via ECF.

DATED:  July 6, 2021            /s/ *Amy L. Bennecoff Ginsburg*
                                                         Amy L. Bennecoff Ginsburg Esq.
                                                         Kimmel & Silverman, P.C.
                                                         30 East Butler Pike
                                                         Ambler, PA 19002
                                                         Tel: 215-540-8888
                                                         Fax: 215-540-8817
                                                         Email:aginsburg@creditlaw.com
                                                         Attorney for Plaintiff