ADR,JURY

## U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:20−cv−00708−BJ

Green v. Ox Car Care, Inc.  
Assigned to: Magistrate Judge Jeffrey L. Cureton  
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 07/10/2020  
Jury Demand: Plaintiff  
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)  
Jurisdiction: Federal Question

**Plaintiff**

**Jennifer Green**  represented by  **Amy Lynn Bennecoff Ginsburg**
Kimmel & Silverman PC
30 East Butler Pike
Ambler, PA 19002
215−540−8888
Fax: 877−788−2864
Email: teamkimmel@creditlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jacob U Ginsburg**
Kimmel & Silverman PC
30 E Butler Ave
Ambler, PA 19002
267−468−5374
Email: jginsburg@creditlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Ox Car Care, Inc.**  represented by  **Darin M Klemchuk**
Klemchuk LLP
8150 N Central Expressway
10th Floor
Dallas, TX 75206
214−367−6000
Fax: 214−367−6001
Email: darin.klemchuk@klemchuk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Christian Joseph Cowart**
Klemchuk LLP
8150 N. Central Expressway
10th Floor
Dallas, TX 75206

(214) 367–6000
Fax: (214) 367–6001
Email: christian.cowart@klemchuk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Mandi M Phillips**
Klemchuk LLP
8150 N. Central Expressway
10th Floor
Dallas, TX 75206
214–367–6000
Fax: 214–367–6001
Email: mandi.phillips@klemchuk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**VSC Media Group, LLC**
*TERMINATED: 07/19/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2020 | Ï 1 | COMPLAINT WITH JURY DEMAND against Ox Car Care, Inc. filed by Jennifer Green. (Filing fee $400; Receipt number 0539–10983961) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet) (Ginsburg, Amy) (Entered: 07/10/2020) |
| 07/10/2020 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Jennifer Green. (Ginsburg, Amy) (Entered: 07/10/2020) |
| 07/10/2020 | Ï 3 | New Case Notes: A filing fee has been paid. File to: Judge O Connor. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (wxc) (Entered: 07/13/2020) |
| 07/13/2020 | Ï 4 | Summons Issued as to Ox Car Care, Inc.. (wxc) (Entered: 07/13/2020) |
| 08/27/2020 | Ï 5 | MOTION to Proceed Without Local Counsel filed by Jennifer Green (Attachments: # 1 Proposed Order) (Ginsburg, Amy) (Entered: 08/27/2020) |
| 08/28/2020 | Ï 6 | ORDER granting 5 ... Before the Court is Plaintiff Jennifer Greens Motion for Leave to Proceed Without Local Counsel (ECF No. 5), filed August 27, 2020. Having reviewed the motion, the Court finds that it should be and is hereby GRANTED. (Ordered by Judge Reed C. O'Connor on 8/28/2020) (wxc) (Entered: 08/28/2020) |
| 11/12/2020 | Ï 7 | ORDER: The Court ORDERS Plaintiff to provide proof of service in accordance with Rule 4 on or before November 16, 2020. (Ordered by Judge Reed C. O'Connor on 11/12/2020) (pef) (Entered: |

| | | |
|---|---|---|
| | | 11/12/2020) |
| 11/13/2020 | Ï 8 | SUMMONS Returned Executed as to Ox Car Care, Inc. ; served on 11/5/2020. (Ginsburg, Amy) (Entered: 11/13/2020) |
| 12/02/2020 | Ï 9 | ORDER: The Court DIRECTS Plaintiff to move for entry of default and default judgment against Defendant on or before December 9, 2020. (Ordered by Judge Reed C. O'Connor on 12/2/2020) (bdb) (Entered: 12/03/2020) |
| 12/09/2020 | Ï 10 | MOTION to Extend Time to move for default filed by Jennifer Green (Attachments: # 1 Declaration(s) (certification of Amy L.B. Ginsburg), # 2 Certificate of conference, # 3 Proposed Order) (Ginsburg, Amy) (Entered: 12/09/2020) |
| 12/10/2020 | Ï 11 | ORDER granting 10 Having considered the Motion, the Court finds that it should be and is hereby GRANTED. The Court EXTENDS the deadline for Plaintiff to move for entry of default to December 16, 2020. The Court DIRECTS Defendant to file its answer or responsive pleading on or before December 15, 2020. (Ordered by Judge Reed C. O'Connor on 12/10/2020) (wxc) (Entered: 12/10/2020) |
| 12/16/2020 | Ï 12 | Request for Clerk to issue Default Against Ox Car Care filed by Jennifer Green. (Attachments: # 1 Affidavit(s)) (Ginsburg, Amy) (Entered: 12/16/2020) |
| 12/16/2020 | Ï 13 | MOTION for Default Judgment against Ox Car Care, Inc. filed by Jennifer Green (Attachments: # 1 Proposed Order) (Ginsburg, Amy) (Entered: 12/16/2020) |
| 12/16/2020 | Ï 14 | Brief/Memorandum in Support filed by Jennifer Green re 13 MOTION for Default Judgment against Ox Car Care, Inc. (Attachments: # 1 Affidavit(s) of Plaintiff) (Ginsburg, Amy) (Entered: 12/16/2020) |
| 12/18/2020 | Ï 15 | *** VACATED PER ORDER 20 *** Clerk's ENTRY OF DEFAULT as to Ox Car Care, Inc. (wxc) Modified on 12/23/2020 (wxc). (Entered: 12/18/2020) |
| 12/21/2020 | Ï 16 | Designation of lead counsel Darin M Klemchuk for Defendant Ox Car Care, Inc.. (Klemchuk, Darin) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 17 | NOTICE of Attorney Appearance by Christian Joseph Cowart on behalf of Ox Car Care, Inc.. (Filer confirms contact info in ECF is current.) (Cowart, Christian) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 18 | NOTICE of Attorney Appearance by Mandi M Phillips on behalf of Ox Car Care, Inc.. (Filer confirms contact info in ECF is current.) (Phillips, Mandi) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 19 | Joint MOTION to Withdraw 13 MOTION for Default Judgment against Ox Car Care, Inc. (), MOTION to Set Aside 15 Clerk's Entry of Default , Motion for Extension of Time to File Answer filed by Ox Car Care, Inc. (Attachments: # 1 Proposed Order) (Klemchuk, Darin) (Entered: 12/21/2020) |
| 12/23/2020 | Ï 20 | ORDER...Before the Court is the parties Joint Agreed Motion to (1) Withdraw Plaintiffs Motion for Entry of Default Judgment, (2) Extend Time to File a Responsive Pleading, and (3) Set Aside the Entry of Default (ECF No. 19), filed December 21, 2020. Having considered the motions, briefing, and applicable law, the Court VACATES the Clerks Entry of Default (ECF No. 15 ), DENIES as moot Plaintiffs Motion for Default Judgment (ECF No. 13 14 ), and GRANTS Defendants Motion for Leave (ECF No. 19 ). (Ordered by Judge Reed C. O'Connor on 12/23/2020) (wxc) (Entered: 12/23/2020) |
| 12/30/2020 | Ï 21 | ANSWER to 1 Complaint,,,, filed by Ox Car Care, Inc.. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the |

| | | |
|---|---|---|
| | | presiding judge. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (Klemchuk, Darin) (Entered: 12/30/2020) |
| 12/30/2020 | 22 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Ox Car Care, Inc.. (Klemchuk, Darin) (Entered: 12/30/2020) |
| 12/31/2020 | 23 | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: The Joint Report shall be filed on or before 1/28/2021. (see order) (Ordered by Judge Reed C. O'Connor on 12/31/2020) (tln) (Entered: 12/31/2020) |
| 01/28/2021 | 24 | Proposal for contents of scheduling and discovery order by Jennifer Green. (Ginsburg, Amy) (Entered: 01/28/2021) |
| 01/28/2021 | 25 | ORDER...it is ORDERED that this matter be transferred to United States Magistrate Judge Cureton to conduct all further proceedings and enter judgment pursuant to 28 U.S.C. § 636(c). Case reassigned to Magistrate Judge Jeffrey L. Cureton for all further proceedings. Judge Reed C. O'Connor no longer assigned to case. (Ordered by Judge Reed C. O'Connor on 1/28/2021) (wxc) (Entered: 01/28/2021) |
| 02/01/2021 | 26 | ORDER FOR REVISED JOINT STATUS REPORT AND MODIFIED INSTRUCTIONS FOR ELECTRONIC CASE FILING (ECF)...it is ORDERED that within twenty–one (21) days of the date of this Order the parties file a Revised Joint Status Report. (Ordered by Magistrate Judge Jeffrey L. Cureton on 2/1/2021) (wxc) (Entered: 02/01/2021) |
| 02/22/2021 | 27 | Proposal for contents of scheduling and discovery order *Revised Joint Case Management Plan & Rule 26(f) Report* by Ox Car Care, Inc.. (Klemchuk, Darin) (Entered: 02/22/2021) |
| 03/01/2021 | 28 | SCHEDULING ORDER: Discovery due by 12/3/2021. Motions due by 12/17/2021. Amended Pleadings due by 4/7/2021. Pretrial Conference set for 3/24/2022 09:30 AM before Magistrate Judge Jeffrey L. Cureton. Joinder of Parties due by 3/8/2021. Jury Trial set for 4/18/2022 10:00 AM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/1/2021) (wxc) (Entered: 03/01/2021) |
| 03/01/2021 | 29 | MEDIATION ORDER. The parties are to select or designate a mediator. The parties are to complete mediation during the month of November. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for parties to designate a mediator is on or before 9/1/2021. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/1/2021) (wxc) (Entered: 03/01/2021) |
| 04/15/2021 | 30 | MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by Ox Car Care, Inc. (Cowart, Christian) (Entered: 04/15/2021) |
| 04/15/2021 | 31 | Brief/Memorandum in Support filed by Ox Car Care, Inc. re 30 MOTION to Dismiss *for Lack of Personal Jurisdiction* (Cowart, Christian) (Entered: 04/15/2021) |
| 04/15/2021 | 32 | Appendix in Support filed by Ox Car Care, Inc. re 30 MOTION to Dismiss *for Lack of Personal Jurisdiction* (Attachments: # 1 Exhibit(s) A – Declaration of Mike Mardaresco, # 2 Exhibit(s) B – Declaration of Christian Cowart) (Cowart, Christian) (Entered: 04/15/2021) |
| 05/06/2021 | 33 | AMENDED COMPLAINT WITH JURY DEMAND against Ox Car Care, Inc., VSC Media Group, LLC filed by Jennifer Green. Clerk to issue summons(es). Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Ginsburg, Amy) (Entered: 05/06/2021) |
| 05/07/2021 | 34 | Summons Issued as to VSC Media Group, LLC. (wxc) (Entered: 05/07/2021) |

| | | |
|---|---|---|
| 05/18/2021 | 35 | ORDER DENYING AS MOOT DEFENDANT OX CAR CARE, INC'SMOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION 30 ... Based on the foregoing, it is ORDERED that Defendant Ox Car Car Inc.' s Motion to Dismiss for Lack of Personal Jurisdiction [ doc. 30] is DENIED AS MOOT without prejudice. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/18/2021) (wxc) (Entered: 05/18/2021) |
| 05/20/2021 | 36 | Unopposed MOTION to Extend Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint and to Partially Modify the Scheduling Order filed by Ox Car Care, Inc. (Attachments: # 1 Proposed Order) (Cowart, Christian) (Entered: 05/20/2021) |
| 05/24/2021 | 37 | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND TO PARTIALLY MODIFY THE SCHEDULING ORDER 36 ..Good cause appearing, IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Extension of Time to Answer or Otewise Respond to Plaintiff's Amended Complaint and to Partially Modify the Scheduling Order is GRANTED. The deadline for Defendant Ox Car Care, Inc. to answer, move, or otherwise respond to the Amended Complaint [ECF No. 33 ] is hereby extended to May 27, 2021. Paragraph 8 of the Court's Scheduling Order [ECF No. 28 ] is modified to ORDER that the parties file all pretrial motions regarding jurisdiction, if any, no later than May 27, 2021. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/24/2021) (wxc) (Entered: 05/24/2021) |
| 05/27/2021 | 38 | MOTION to Dismiss for Lack of Jurisdiction filed by Ox Car Care, Inc. (Cowart, Christian) (Entered: 05/27/2021) |
| 05/27/2021 | 39 | Brief/Memorandum in Support filed by Ox Car Care, Inc. re 38 MOTION to Dismiss for Lack of Jurisdiction (Cowart, Christian) (Entered: 05/27/2021) |
| 05/27/2021 | 40 | Appendix in Support filed by Ox Car Care, Inc. re 38 MOTION to Dismiss for Lack of Jurisdiction (Cowart, Christian) (Entered: 05/27/2021) |
| 06/01/2021 | 41 | SUMMONS Returned Executed as to VSC Media Group, LLC ; served on 5/12/2021. (Ginsburg, Amy) (Entered: 06/01/2021) |
| 06/17/2021 | 42 | RESPONSE filed by Jennifer Green re: 38 MOTION to Dismiss for Lack of Jurisdiction (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) (Ginsburg, Amy) (Entered: 06/17/2021) |
| 06/28/2021 | 43 | REPLY filed by Ox Car Care, Inc. re: 38 MOTION to Dismiss for Lack of Jurisdiction (Cowart, Christian) (Entered: 06/28/2021) |
| 07/06/2021 | 44 | NOTICE of Dismissal *Notice of Voluntary Dismissal as to VSC Media Group, LLC* filed by Jennifer Green (Ginsburg, Amy) (Entered: 07/06/2021) |
| 07/19/2021 | 45 | RULE 54(b) FINAL JUDGMENT... In accordance with Plaintiffs Notice of Dismissal as to Defendant VSC Media Group, LLC Only filed on July 6, 2021 and Federal Rule of Civil Procedure 54(b), Finding no just reason for delay, it is hereby ORDERED, ADJUDGED, and DECREED that all claims asserted against Defendant VSC Media Group, LLC in the above−styled and numbered cause are DISMISSED WITHOUT PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/19/2021) (wxc) (Main Document 45 replaced with OCR doc on 7/20/2021) (ali). (Entered: 07/19/2021) |
| 07/22/2021 | 46 | ORDER PARTIALLY GRANTING DEFENDANT OX CAR CARE, INC.'S MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND TRANSFERRING CASE... Case transferred to Southern Division Division of Central District of California. (Ordered by Magistrate Judge Jeffrey L. Cureton on 7/22/2021) (wxc) (Entered: 07/22/2021) |