Joseph D. Steward, Esq.
Jacob U. Ginsburg, Esq. (admitted *pro hac vice*)
Kimmel & Silverman, P.C.
1055 W. 7th St., 33rd Floor
Los Angeles, CA 90017
jsteward@creditlaw.com
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

| | |
|---|---|
| **JENNIFER GREEN**, <br> Plaintiff, <br><br> v <br><br> **OX CAR CARE, INC. et al**, <br> Defendant. | Case No.: 8:21-cv-01246 DOC-ADS <br><br> Judge: Hon. David O. Carter |

## NOTICE OF SETTLEMENT

TO THE CLERK AND TO THE HONORABLE JUDGE CARTER:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Respectfully submitted,

*/s/Joseph D. Steward*
Joseph D. Steward, Esq.
Kimmel & Silverman, P.C.
1055 W. 7th St., 33rd Floor

       Los Angeles, CA 90017
       jsteward@creditlaw.com
       teamkimmel@creditlaw.com

       Jacob U. Ginsburg, Esq. (admitted *pro hac vice*)
       Kimmel & Silverman, P.C.
       30 E. Butler Ave.
       Ambler, PA 19002
       jginsburg@creditlaw.com

Dated: Sept. 20, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list below, and to the parties authorized to receive via this Court's CM/ECF system and by email on this 20th day of September, 2021.

       Nathanael J. Hair, Esq.
       Mike Mardaresco
       4 Park Plaza, Suite 500
       Irvine, CA 92614
       nate@oxcarcare.com
       mike@oxcarcare.com

         */s/ Joseph D. Steward*